**00–1553.   Smith v. Friendship Village of Dublin, Ohio, Inc.**

Franklin App. No. 99AP–1332. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed August 3, 2000:

"For the reasons stated in the memorandum decision of this court herein on August 1, 2000, it is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgment of the Court of Appeals for Jefferson County in *Hultberg v. Ohio Edison Co.* (1996), 116 Ohio App.3d 130 [687 N.E.2d 12], is sustained, and, pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Supreme Court of Ohio for review and final determination upon the following issue in conflict: Kristie Smith, plaintiff-appellant, 'was not barred from filing her complaint with the trial court pursuant to R.C. 4112.99 simply because she had previously filed an administrative claim pursuant to R.C. 4112.05.' "

*Sua sponte,* cause consolidated with 00–1456, *Smith v. Friendship Village of Dublin, Ohio, Inc.,* Franklin App. No. 99AP–1332.

PFEIFER, J., dissents to all of the above.

**00–1829.   State ex rel. Wehrung v. Dinkelacker.**

Hamilton App. No. C–000449. On October 19, 2000, appellant filed a supplement to motion for stay of proceedings in trial court. Whereas, pursuant to S.Ct.Prac.R. VIII(7), a party who wishes to make additions to a previously filed document shall file a revised document and copies that completely incorporates the additions,

IT IS ORDERED by the court, *sua sponte,* that appellant's supplement to motion for stay of proceedings in trial court be, and hereby is, stricken.

**00–1679.   Stop 26–Riverbend, Inc. v. Krichbaum.**

Mahoning App. No. 00CA153. On motion to expedite briefing schedule. Motion denied.

DOUGLAS, J., dissents.

On request for oral argument. Request denied.

**00–1704.   State v. Hoke.**

Knox App. No. 99CA19. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**00–1276.   Whaley v. Franklin Cty. Bd. of Commrs.**

Franklin App. No. 99AP–570.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1304.   Wilmington City School Dist. Bd. of Edn. v. Clinton Cty. Bd. of Commrs.**

Clinton App. No. CA99–12–037.

F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**00–1321.   Nations Title Ins. of New York, Inc. v. Bertram.**

Montgomery App. No. 18078.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**00–1323.   Michael v. Reliance Natl. Ins. Co.**

Franklin App. No. 99AP–1002.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1456.   Smith v. Friendship Village of Dublin, Ohio, Inc.**

Franklin App. No. 99AP–1332. Discretionary appeal allowed and cause consolidated with 00–1553, *Smith v. Friendship Village of Dublin, Ohio, Inc.,* Franklin App. No. 99AP–1332.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**00–1462.   State v. Garretson.**

Warren App. No. 9910123.

DOUGLAS and PFEIFER, JJ., dissent.

**00–1479.   State v. Kole.**

Lorain App. No. 98CA007116.